UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA     CRIMINAL NO. 6:17-CR-00327-07

VERSUS     JUDGE DRELL

MICHAEL PAUL AUXILIEN     MAG. JUDGE WHITEHURST

**REPORT AND RECOMMENDATION ON FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE**

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned U. S. Magistrate Judge for a change of plea hearing and allocution of the defendant on June 7, 2018. Defendant was present with his counsel, Gerald J. Block.

After said hearing, and for reasons orally assigned, it is the finding of the undersigned that the defendant is fully competent, that his guilty plea to Count One of the Superseding Indictment is knowing and voluntary, and that his guilty plea is fully supported by a factual basis for each of the essential elements of the offense.

Therefore, the undersigned U.S. Magistrate Judge recommends that the District Court ACCEPT the guilty plea of the defendant, Michael Paul Auxilien, in

accordance with the terms of the plea agreement filed in the record of these proceedings, and that Michael Paul Auxilien be finally adjudged guilty of the offense charged in Count One of the Superseding Indictment.

The defendant has waived his right to file an objection to the Report and Recommendation.

THUS DONE AND SIGNED in chambers at Lafayette, Louisiana this 8th day of June, 2018.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE